# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MAGANA ARIAS, | No. CV 11-2587-JAK (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO QUINTANA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: November 29, 2011

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE